IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONRAD JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:08-cv-647-MEF |
| | ) | |
| JOHN Q. HAMMONS HOTEL, INC., | ) | |
| | ) | (WO) |
| Defendant | ) | |

## **JUDGMENT**

On the 13th day of November, 2009, after this cause had been submitted to a jury, a verdict was returned by the jury as follows:

We, the jury, find in favor of Defendant John Q. Hammons Hotels Management LLC doing business as Embassy Suites.

SO SAY WE ALL.

DONE this ___13___ day of November, 2009.

/s/ Pamela N. Watkins
FOREPERSON

It is, therefore, the ORDER, JUDGMENT, and DECREE of the court:

1. That judgment is entered in favor of the defendant and against the plaintiff; and

2 That costs be taxed against the plaintiff for which execution may issue.

The Clerk of the Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 19th day of November, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE